# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

IN RE:                          )
                                )
FAITH CENTER,                   )   Case No. 12-80181
                                )
    Debtor.                     )

## FINAL PRETRIAL ORDER

*The following provisions will govern the future course of this proceeding relating to the evidentiary proceeding on Evangelical Christian Credit Union's Motion for Relief from Stay. Failure to comply with the provisions of this Order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanctions, as justice may require.*

Discovery:

1. Parties shall complete all fact discovery by May 11, 2012.

2. Parties shall disclose any expert witnesses in accordance with Rule 26(a)(2), made applicable herein by Bankruptcy Rule 7026, on or before May 11, 2012.

3. All expert depositions are to be completed by May 18, 2012.

Counsel for all parties are hereby ordered to confer and together prepare and file with the Court on or before May 17, 2012, a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information.

1. A brief statement of the theory of each claim and each defense;

2. A statement of stipulated facts in numbered paragraphs;

3. A statement in numbered paragraphs setting out the material facts which are in dispute;

4. Each party's list of witnesses with any objections noted, stating grounds;

5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties a copy, and the Court **two** copies, of all exhibits to be used at trial. Each exhibit will be pre-marked, e.g., "Plaintiff's Exhibit 1." Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

      Trial is set for May 24, 2012, at 9:00 a.m.  An attorney who is a member of the trial bar under the provisions of Rule 600(B) of the local Bankruptcy Rules of this Court shall participate in the trial.

Dated: **APR 11 2012**

ENTER: _____
                    Judge

70826550v1 0931567